ORIGINAL

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
NOV 3 0 2016
at __1__ o'clock and __06__ min. __P__ M
SUE BEITIA, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| James W. August | ) | Case No. |
| | ) | 16-1456 KJM |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 29, 2016__ in the county of _____ in the
_____ District of __Hawaii__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46504 | Interference with flight crew members and attendants. |

This criminal complaint is based on these facts:
See Agent's Affidavit in Support of Criminal Complaint attached hereto.

☐ Continued on the attached sheet.

*Brett P____*
Complainant's signature

Brett Price, Special Agent, FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/30/16 1:06 p.m.

City and state: Honolulu, Hawaii

Kenneth J. Mansfield
Printed name and title

## AGENT'S AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Brett Price, being duly sworn, hereby depose and state the following:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since 2015. I am assigned to the Honolulu Field Office and investigate a wide variety of federal violations, including aviation crimes.

2. The facts set forth in this affidavit are based on my personal observations, my training and experience, and information provided to me by other law enforcement personnel, and witness statements. This affidavit is intended to show that there is probable cause for the violation and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3. This affidavit is made in support of a Criminal Complaint against JAMES W. AUGUST.

4. On November 29, 2016 at approximately 7:48 p.m. HST, Hawaiian Airlines personnel notified the Federal Bureau of Investigation (FBI) that Hawaiian Airlines Flight No. 50, flying non-stop from Honolulu International Airport, Honolulu, Hawaii, to John F. Kennedy International Airport, New York City, New York, had a disruptive passenger aboard and that the aircraft was returning to Honolulu, Hawaii.

5. At approximately 10:00 p.m. the aircraft was met by deputies from Department of Public Safety, Sheriff Division, and an FBI Special Agent and Task Force Officer (TFO). The aforementioned law enforcement personnel entered the plane and escorted the subject from the aircraft. The subject was interviewed at the gate prior to being placed under arrest by FBI personnel.

6. The FBI, Sherriff Division deputies, and Hawaiian Airlines Security Personnel interviewed multiple witnesses, including other passengers and Hawaiian Airlines flight attendants and crew members.

7. Hawaiian Airlines Flight Attendant (FA) A.W. advised that prior to take off while the flight was boarding, an adult woman (K.P.) with three children were seated one row behind their assigned seats and refused to move. K.P.'s approximately 11-year old son who was crying and trying to get A.W.'s attention. The boy said, "can you please just keep him away from us?" referring to a man seated in the row in front of them. The man was later identified as K.P.'s boyfriend, JAMES AUGUST.

8. Passenger M.C. believed that AUGUST had been drinking prior to the flight. AUGUST also drank two small bottles of liquor and took a pill.

9. As the aircraft began to taxi, AUGUST could be heard yelling at K.P. A.W. threatened to return the aircraft to the gate and disembark AUGUST if he was going to be a problem. AUGUST advised A.W. that there was no problem.

10. AUGUST later attempted to order additional alcoholic beverages as well as drink alcohol that he had personally brought aboard the aircraft.

11. During the meal service, A.W. was notified by a young boy of approximately 16 years old that he had witnessed AUGUST speaking aggressively towards K.P. At different times during the flight, AUGUST called K.P a "cunt," called the children "piggies," made multiple life threatening remarks, and threatened to slice K.P.'s throat. Threats were said to K.P. and her children, other passengers, and flight crew. Captain W.K. was notified of the verbal abuse occurring in the cabin and threats being made to passengers and crew. Captain W.K. escalated the threat level in the aircraft to Threat Level One.

12. AUGUST was asked by the FA A.W. to accompany her to a different area of the aircraft. AUGUST advised A.W. that, "He wasn't going anywhere," and for A.W. to, "carry on." A.W. told AUGUST that she was not going anywhere, at that point AUGUST slapped A.W.'s shoulder with the back of his hand.

13. AUGUST then stood aggressively in front of A.W., refusing to move, and speaking in a taunting manner. A.W. started to shake, "[she] felt he was threatening, waiting to see what [she] would do." A.W. felt like she was losing control of the situation until two male FAs removed AUGUST from the area. As

14. FA J.S. witnessed AUGUST yelling and swearing. FA J.S. stayed near AUGUST as he was concerned that AUGUST was going to "try go back to his seat and beat up his girlfriend." Numerous times AUGUST said that he was going to return to his seat and punch K.P. in the face. FA B.S. also stayed near AUGUST. AUGUST told FA B.S. that, "I will take you out." FA B.S. kept extra space between himself and AUGUST because, "[he] felt that at any time [AUGUST] was going to lunge or attack [him]." FA B.S. felt threatened throughout the entire interaction.

15. After Captain A.W. was notified of the physical contact between AUGUST and FA A.W., he escalated the aircraft to Threat Level Two. Captain A.W. told the crew to advise AUGUST that he was either to comply with the crew's requests or action would be taken. FA N.W. was "worried for the safety of [her] flight crew and passengers." FA N.W. approached AUGUST accompanied by a male flight attendant out of fear for her own safety. She advised AUGUST of Captain A.W.'s ultimatum. Upon hearing this, AUGUST became more belligerent and aggressive. Captain A.W. decided to divert to Honolulu International Airport to prevent further escalation and additional danger to passengers and aircrew.

16. Flight crew recruited able bodied male passengers to assist in restraining AUGUST in the event that it was needed. FA E.K. said that the flight

crew was required to adjust their service routine to ensure that the male flight attendants were available to, "keep guard" in case AUGUST became more violent.

15. Based on the foregoing, and on my training and experience, I believe that there is probable cause that on or about November 29, 2016, within the jurisdiction of the District of Hawaii, JAMES W. AUGUST interfered with the performance of the official duties of the flight crew members and attendants of Hawaiian Airlines Flight No. 50, in violation of Title 49, United States Code, Section 46504.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRETT PRICE
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me
on November 30, 2016, at Honolulu, Hawaii.

_____
HON. KENNETH J. MANSFIELD
U.S. Magistrate Judge
District of Hawaii

5