ORIGINAL

FLORENCE T. NAKAKUNI #2286
United States Attorney
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 07 2016
at ___ o'clock and 46 min. ___ M.
SUE BEITIA, CLERK

ELLIOT ENOKI #1528
First Assistant U.S. Attorney

THOMAS J. BRADY #4472
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:   (808) 541-2850
Facsimile:   (808) 541-2958
Email:   tom.brady@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAMES AUGUST,<br><br>　　　　　Defendant. | CR. NO. CR16 00785 SOM<br><br>INDICTMENT<br><br>[Count 1: 49 U.S.C. § 46504] |

## INDICTMENT

## COUNT 1
### INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS
(49 U.S.C. § 46504)

The Grand Jury charges that:

On or about November 29, 2016, within the special aircraft jurisdiction of the United States, namely Hawaiian Airlines, Flight No. 50, in flight, and within the jurisdiction of the District of Hawaii,

JAMES AUGUST,

defendant herein, as a passenger on such aircraft, did unlawfully and knowingly, by assaulting and intimidating flight crew members and flight attendants, interfere with the performance of the official duties of the flight crew members and flight attendants and lessen the ability of the flight crew members and flight attendants to perform those official duties, and attempted to do any such act, on Hawaiian Airlines Flight number 50, flying non-stop from Honolulu, Hawaii to New York, New York.

All in violation of Title 49, United States Code, Section 46504.

DATED:   December 7, 2016, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

FLORENCE T. NAKAKUNI
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS J. BRADY
Assistant U.S. Attorney

United States v. James W. August
Cr. No. _____
"Indictment"

3